## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LANCE ZACKERY EVERSON                                  CIVIL ACTION

VERSUS                                                 NO. 07-7027

N.O.P.D. OFFICERS (NAMES UNKNOWN)                      SECTION: "I"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A as frivolous and for otherwise failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this _____14th_____ day of January, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**